

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00339-CV

**IN RE MEDFINMANAGER, LLC and Joel Clapick**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On May 26, 2017, relators filed a petition for writ of mandamus. The court has considered the petition and the response filed by the real parties in interest, and is of the opinion relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay granted by this Court on June 9, 2017 is hereby lifted. The court's opinion will issue at a later date.

It is so **ORDERED** on July 20, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2015CI16271, styled *The Carlson Law Firm v. John Salas*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

July 20, 2017

No. 04-17-00339-CV

**IN RE MEDFINMANAGER, LLC and Joel Clapick**

Original Mandamus Proceeding[2]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On May 26, 2017, relators filed a petition for writ of mandamus. The court has considered the petition and the response filed by the real parties in interest, and is of the opinion relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay granted by this Court on June 9, 2017 is hereby lifted. The court's opinion will issue at a later date.

It is so **ORDERED** on July 20, 2017.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

/s/ Luz Estrada
Luz Estrada
Chief Deputy Clerk

Entered this 20th day of July, 2017.                        Vol ____ Page ____

---

[2] This proceeding arises out of Cause No. 2015CI16271, styled *The Carlson Law Firm v. John Salas*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.